# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| CINDY SMITH, ET AL | CIVIL ACTION NO. 07-0620 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| FREDS INC., ET AL | MAGISTRATE JUDGE HORNSBY |

### MEMORANDUM ORDER

By Order dated March 12, 2008, the plaintiffs were ordered to either enroll new counsel to represent them or to file a written notice of their intent to represent themselves. See Doc. No. 13. Plaintiffs were ordered to do so within 30 days of that Order, and were advised that their failure to comply would result in the dismissal of their lawsuit for failure to prosecute. Plaintiffs have yet to comply with that Order.

A district court has the inherent authority to dismiss an action, even *sua sponte*, for failure to prosecute, with or without notice to the parties. See Link v. Wabash Railroad Co., 370 U.S. 626, 82 S.Ct. 1386, 1388-89 (1962); Rogers v. Kroger Co., 669 F.2d 317, 319-20 (5th Cir. 1982). The Court hereby exercises its authority "to manage and administer [its] affairs to ensure the orderly and expeditious disposition of cases" and, on that basis, finds that a dismissal without prejudice for failure to prosecute is appropriate in this case. Link, 370 U.S. at 630-31, 82 S.Ct. at 1389.

Accordingly,

**IT IS ORDERED** that Plaintiffs' claims be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of June, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE